**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE OF ORDER ON MOTION

Cause number:         01-13-00209-CR

Style:         Eleazar Salazar

         **v** The State of Texas

Date motion filed[*]:         July 2, 2013

Type of motion:         Motion to Withdraw and Substitution of Counsel

Party filing motion:         Appellant

Document to be filed:

Ordered that motion is:

☑      Granted
         If document is to be filed, document due:

         ☐   The Clerk is instructed to file the document as of the date of this order
         ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

  **Appellant's brief is due August 1, 2013.**

Judge's signature: /s/ Evelyn V. Keyes
         ☑ Acting individually    ☐ Acting for the Court

         Panel consists of _____.

Date: July 8, 2013

November 7, 2008 Revision